**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

**JESSIE COX/BENNETT**

     **Plaintiff,**

**v.**                             **Case No. 5:20cv27-TKW-MJF**

**STATE OF FLORIDA, et al.,**

     **Defendants.**

_____/

## O R D E R

This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc. 11).  No objections to the Report and Recommendation were filed.  Having reviewed the Report and Recommendation and the case file, I agree with the magistrate judge's determination that this case is due to be dismissed for failure to pay the filing fee, failure to comply with court orders, and (with respect to the habeas petition) for lack of subject matter jurisdiction.

Accordingly, it is **ORDERED** that:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.    This case is **DISMISSED**, and the Clerk shall close the file.

**DONE and ORDERED** this 14th day of August, 2020.

*T. Kent Wetherell, II*

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**